UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRADFORD H. BERNSTEIN and MIRA
BERNSTEIN,

                           Plaintiffs,

        -against-

FAIRMONT HOTELS & RESORTS (U.S.) INC.,

                           Defendant.
----------------------------------------------------------------x

**Docket No.: 07-CV-2991
(BSJ)(GWG)**

**RULE 7.1 DISCLOSURE**

      Defendant, FAIRMONT HOTELS & RESORTS (U.S.) INC., by its attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, hereby certifies pursuant to F.R.C.P. 7.1 that FAIRMONT HOTELS & RESORTS (U.S.) INC. is a privately held corporation and that none of its stock is owned by any publicly held corporation.

Dated:    New York, New York
           April 13, 2007

                                      Yours, etc.

                                      STRONGIN ROTHMAN & ABRAMS, LLP

                                      *s/David Abrams*
                                      _____
                                      DAVID ABRAMS (DA-4758)
                                      Attorneys for Defendant
                                      FAIRMONT HOTELS & RESORTS (U.S.) INC.
                                      50 Broadway, Suite 2003
                                      New York, NY 10004
                                      (212) 931-8300