UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Bradford H. Bernstein and Mira Bernstein, Plaintiff,

-against-

Fairmont Hotels & Resorts (U.S.) Inc. Defendant.
-----------------------------------------------------------x

07 CIVIL 2991 (BSJ)(GWG)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Howard F. Strongin, Esq.__

☑ *Attorney*

  ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __HS-4758__

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

  From: __Strongin Rothman & Abrams LLP.__

  To: _____

  ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ Address: __5 Hanover Square, 4th Floor, NY, NY 10004__
☑ Telephone Number: __(212) 931-8300__
☑ Fax Number: __(212) 931-8319__
☑ E-Mail Address: __dabrams@sralawfirm.com__

Dated: __3/12/08__