UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Bradford H. Bernstein and
Mira Bernstein,    Plaintiff,

-against-                                    07 CIVIL 2991 (BSJ)(GWG)

Fairmont Hotels & Resorts (U.S.) Inc.
                   Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Howard F. Strongin, Esq.__

☑ *Attorney*

  ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __HA-4158__

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

  From: __Strongin Rothman & Abrams LLP.__

  To: _____

  ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* __5 Hanover Square, 4th Floor, NY, NY 10004__
☑ *Telephone Number:* __(212) 931-8300__
☑ *Fax Number:* __(212) 931-8319__
☑ *E-Mail Address:* __dabrams@sralawfirm.com__

Dated: __3/12/08__                    [signature]