# LAW OFFICES OF
## SPAR & BERNSTEIN, P. C.

May 9, 2008

DATE FILED: 5/12/08

MEMORANDUM ENDORSED

**BY FAX ONLY: (212) 805-4268**

U.S. Magistrate Judge Gabriel W. Gorenstein
United States Courthouse
500 Pearl St., Room 510
New York, New York 10007

    **Re: Bernstein v. Fairmont Hotels & Resorts (US) Inc.
      Docket #1:07-cv-02991**

Dear Judge Gorenstein:

  A teleconference was held between the parties on May 9, 2008 regarding the outstanding discovery in the above-referenced matter which was outlined in the earlier correspondence to Your Honor. As such, the parties jointly request an additional modification of the Scheduling Order entered in this case as follows:

1. Extending the time to conduct non-expert depositions from April 11, 2008 to June 30, 2008;
2. Extending time to complete all non-expert discovery from May 9, 2008 to June 30, 2008;
3. Extending time to amend pleadings or add new parties from May 30, 2008 to July 30, 2008;

  These modifications do not alter or extend the overall period for discovery in this action. The reason for this request was explained in detail in our previous correspondence to Your Honor.

  Thank you for your courteous time and attention to this matter.

      Respectfully submitted,

      SPAR & BERNSTEIN, P.C.

      By: _____
        Jared A. Turco  (JT-7969)

Granted.

SO ORDERED    DATE: 5/1/208

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

## LAW OFFICES OF
## SPAR & BERNSTEIN, P. C.

cc:    **BY FAX: 212-931-8319**

Strongin Rothman & Abrams, LLP
50 Broadway, Suite 20003
New York, NY 10004